IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:14cr194-FDW

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | FINAL ORDER |
| v. | ) | AND JUDGMENT CONFIRMING |
| | ) | FORFEITURE |
| (1) VICTOR MORRIS | ) | |

THIS MATTER is before the Court on the United States' Motion (Doc. 50), pursuant to Fed. R. Crim. P. 32.2(c)(2), for a Final Order and Judgment confirming forfeiture of the funds, real property, and electronic items ("the Property") identified in the Consent Order and Judgment of Forfeiture (Doc. 26), subject to the Consent Order and Third Party Petition (Doc. 37) in this case. For the reasons set forth in the Motion, the Motion is hereby GRANTED.

In support of granting the Motion and based on the record in this case, the Court FINDS AS FOLLOWS:

1. On March 4, 2015 this Court entered the Consent Order for the Property based upon the Defendant's plea of guilty to charges related to wire, mail, and bank fraud conspiracy.

2. On March 20, 2015 through April 18, 2015 the United States published, via www.forfeiture.gov, notice of this forfeiture and of the intent of the Government to dispose of the Property according to law, and further notice to all third parties of their right to petition the Court within sixty days from March 20, 2015 for a hearing to adjudicate the validity of any alleged legal interest in the property. The Government also sent personal notice to Chase Bank, State Employees Credit Union ("SECU"), and the Mecklenburg County Clerk of Court. SECU entered into the Consent Order and Third Party Petition with the Government, stipulating and agreeing on the sale of the real property and distribution of the net proceeds.

3. It appears from the record that no other such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

IT IS, THEREFORE, ORDERED:

In accordance with Rule 32.2(c)(2), the Consent Order and Judgment of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

> **The real property at 12938 Mosby Lane, Charlotte, North Carolina, Mecklenburg County Parcel ID 20122207, BEING all of Lot 103 of BENNINGTON PLACE, PHASE 1, MAP 2, as same is shown on a map theoref recorded in Map Book 33 at Page 3 in the Mecklenburg County Public Registry;**
>
> **Approximately $21,266.92 seized from State Employees Credit Union accounts XXXX6440, XXXX5193 and XXXX4735; and**
>
> **Miscellaneous electronic items seized during the execution of Search Warrants in this investigation, including but not limited to four iPads, two iPad Minis, one Hewlett Packard laptop computer, one Toshiba laptop computer, and one grey metal tipping machine.**

SO ORDERED.

*[signature]*

Frank D. Whitney
Chief United States District Judge